IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGEL LYNNE MARTIN, Individually and as Administrator of of the Estate of Howard Edward Martin, Jr., | : <br> : CIVIL ACTION 4:15-CV-02034-MWB <br> : <br> : <br> : |
| v. | : <br> : |
| NORFOLK SOUTHERN CORPORATION, d/b/a NORFOLK SOUTHERN RAILWAY COMPANY, TODD MICHAEL BUBNIS, JAMES ERNEST MOFFETT and | : <br> : <br> : <br> : <br> : <br> : <br> : |
| CLINTON TOWNSHIP and LYCOMING COUNTY | : <br> : |

**ANSWER OF NORFOLK SOUTHERN CORPORATION,
d/b/a NORFOLK SOUTHERN RAILWAY COMPANY,
TODD M. BUBNIS AND JAMES E. MOFFETT, DEFENDANTS
TO THE CROSS-CLAIM OF CLINTON TOWNSHIP**

AND NOW comes Norfolk Southern Corporation, d/b/a Norfolk Southern Railway Company, Todd M. Bubnis And James E. Moffett, Defendants, ("Railroad Defendants"), by their attorneys, NAUMAN, SMITH, SHISSLER & HALL, LLP, and file the following Answer to the Cross-Claim of Clinton Township:

### DEFENDANT CLINTON TOWNSHIP'S CROSS-CLAIM FOR CONTRIBUTION AND/OR INDEMNIFICATION AGAINST DEFENDANTS NORFOLK SOUTHERN CORPORATION, d/b/a NORFOLK SOUTHERN RAILWAY COMPANY, TODD MICHAEL BUBNIS, JAMES ERNEST MOFFETT, AND LYCOMING COUNTY

1. Railroad Defendants herein incorporate by reference the answers, affirmative defenses and cross-claims set forth in their Answer to Plaintiff's Complaint as if fully set forth herein.

2. The averments of paragraph 2 are denied as legal conclusions. By way of further answer, it is denied that Railroad Defendants are in any way liable to Plaintiff, jointly or severally liable with, or liable over to Defendant Clinton Township for indemnity and/or contribution or otherwise.

WHEREFORE, Norfolk Southern Corporation, d/b/a Norfolk Southern Railway Company, Todd M. Bubnis And James E. Moffett, Defendants, demand judgment in their favor and against Clinton Township as to any and all claims set forth in its Cross-claim.

                NAUMAN, SMITH, SHISSLER & HALL, LLP

                By:  <u>s/Craig J. Staudenmaier, Esquire</u>
                      Craig J. Staudenmaier, Esquire
                      Supreme Court ID# 34996

                      Joshua D. Bonn, Esquire
                      Supreme Court ID# 93967

                      200 North Third Street, 18th Floor
                      P. O. Box 840
                      Harrisburg, PA 17108-0840
                      Counsel for Norfolk Southern Corporation, d/b/a Norfolk Southern Railway Company, Todd M. Bubnis And James E. Moffett, Defendants

## CERTIFICATE OF SERVICE

**AND NOW**, on the date stated below, I, **Judy A. Imes**, an employee of Nauman, Smith, Shissler & Hall, LLP, hereby certify that I this day served the foregoing "Answer of Norfolk Southern Corporation, d/b/a Norfolk Southern Railway Company, Todd M. Bubnis and James E. Moffett, Defendants, to the Cross-Claim of Clinton Township, " by electronic filing and/or by United States mail, first class, postage prepaid, at Harrisburg, Pennsylvania, addressed to the following:

Jeffrey A. Krawitz, Esquire
Michael C. Ksiazek, Esquire
Edward Shensky, Esquire
Stark & Stark
777 Township Line Road
Yardley, PA  19067-5559

Brian J. Bluth, Esquire
McCormick Law Firm
835 West Fourth Street
Williamsport, PA  17701

David J. MacMain
The MacMain Law Group, LLC
101 Lindenwood Drive, Suite 160
Malvern, PA  19355

/s Judy A. Imes_____
Judy A. Imes

Date:   January 6, 2015