IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELA LYNNE MARTIN, Individually and as Administratrix of the Estate of Howard Edward Martin, Jr., Plaintiff | : <br> : <br> : <br> : |
| v. | : NO. 4:15-CV-02034-MWB <br> : <br> : |
| NORFOLK SOUTHERN CORPORATION doing business as Norfolk Southern Railway Corporation, TODD MICHAEL BUBNIS, JAMES ERNEST MOFFETT, CLINTON TOWNSHIP, and LYCOMING COUNTY, Defendants | : <br> : COMPLAINT FILED 10/19/15 <br> : <br> : <br> : <br> : JURY TRIAL DEMANDED <br> : |

**STIPULATION OF COUNSEL**

AND NOW, come the parties, by and through their respective counsel, and stipulate as follows:

1. The above-captioned action is dismissed in its entirety, without prejudice, as to defendant Lycoming County, only.

2. If discovery should reveal facts inconsistent with the Affidavit of Mark Murawski, said defendant is subject to rejoinder, but only with leave of Court after written notice to said defendant and only upon cause shown.

3.      Defendant Lycoming County retains the right to file any and all objections and/or opposition it might have to such a motion and/or claim; except, however, in consideration of the within voluntary dismissal, defendant Lycoming County will not raise the statute of limitations as a defense to any claim that was brought in plaintiff's original complaint.

STARK & STARK

By _____
Michael C. Ksiazek, Esquire
Edward Shensky, Esquire
Jeffrey A. Krawitz, Esquire
Attorneys for Plaintiff

Date: _____


NAUMAN, SMITH, SHISSLER
& HALL, LLP


By _____
Craig J. Staudenmaier, Esquire
Joshua D. Bonn, Esquire
Attorneys for Defendants
Norfolk Southern Corporation,
Todd Michael Bubnis and
James Ernest Moffett

Date: _____

3.  Defendant Lycoming County retains the right to file any and all objections and/or opposition it might have to such a motion and/or claim; except, however, in consideration of the within voluntary dismissal, defendant Lycoming County will not raise the statute of limitations as a defense to any claim that was brought in plaintiff's original complaint.

STARK & STARK

By _____
Michael C. Ksiazek, Esquire
Edward Shensky, Esquire
Jeffrey A. Krawitz, Esquire
Attorneys for Plaintiff

Date: _____

NAUMAN, SMITH, SHISSLER
& HALL, LLP

By _____
Craig J. Staudenmaier, Esquire
Joshua D. Bonn, Esquire
Attorneys for Defendants
Norfolk Southern Corporation,
Todd Michael Bubnis and
James Ernest Moffett

Date: 1/15/16

THE MACMAIN LAW GROUP, LLC

By _____
David J. MacMain, Esquire
Attorney for Defendant
Clinton Township

Date: 1/7/15

McCORMICK LAW FIRM

By _____
Brian J. Bluth, Esquire
PA I.D. 87432
Attorney for Defendant
Lycoming County

Date: 1/19/2016