IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELA LYNNE MARTIN,<br>Individually and as Administratrix of<br>the Estate of Howard Edward Martin, Jr.,<br>Plaintiff | : : : : | |
| | : | NO.  4:15-CV-02034-MWB |
| v. | : : | |
| NORFOLK SOUTHERN CORPORATION<br>doing business as Norfolk Southern<br>Railway Corporation, TODD MICHAEL<br>BUBNIS, JAMES ERNEST MOFFETT,<br>CLINTON TOWNSHIP, and LYCOMING<br>COUNTY,<br>Defendants | : : : : : : : | COMPLAINT FILED 10/19/15<br><br><br>JURY TRIAL DEMANDED |

**ORDER**

AND NOW, this __ day of _____, 2016, upon the Stipulation of the

parties, it is hereby ORDERED AND DIRECTED that:

1. The above-captioned action is dismissed in its entirety, without prejudice, as to defendant Lycoming County, only.

2. If discovery should reveal facts inconsistent with the Affidavit of Mark Murawski, said defendant is subject to rejoinder, but only with leave of Court after written notice to said defendant and only upon cause shown.

3. Defendant Lycoming County retains the right to file any and all objections and/or opposition it might have to such a motion and/or claim; except, however, in consideration of the within voluntary dismissal, defendant Lycoming County will not raise the statute of limitations as a defense to any claim that was brought in plaintiff's original complaint.

BY THE COURT,

Matthew W. Brann, Judge