## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELA LYNNE MARTIN, Individually and as Administratrix of the ESTATE OF HOWARD EDWARD MARTIN, JR. | : : : : | CIVIL ACTION<br><br>NO. 4:15-cv-02034-MWB |
| vs. | : : | |
| NORFOLK SOUTHERN CORPORATION d/b/a NORFOLK SOUTHERN RAILWAY COMPANY, et al. | : : : | |
| SHAUNA ZIEMER, as Executrix of the ESTATE OF DARRIN E. ZIEMER | : : : | CIVIL ACTION<br><br>NO. 4:16-cv-01001-MWB |
| vs. | : : | |
| NORFOLK SOUTHERN RAILWAY COMPANY, et al. | : : : | |

## ORDER

AND NOW this            day of                              , 2016, upon consideration of the Motion to Consolidate filed by Plaintiff, Angela Lynne Martin, Individually and as Administratrix of the Estate of Howard Edward Martin, Jr., with the consent of all parties, it is hereby ORDERED that the above-captioned matters shall be consolidated for discovery purposes.

BY THE COURT:

_____
                                                    , J.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANGELA LYNNE MARTIN, Individually  
and as Administratrix of the ESTATE OF  
HOWARD EDWARD MARTIN, JR.

vs.

NORFOLK SOUTHERN CORPORATION  
d/b/a NORFOLK SOUTHERN RAILWAY  
COMPANY, et al.

: CIVIL ACTION

: NO. 4:15-cv-02034-MWB

SHAUNA ZIEMER, as Executrix of the  
ESTATE OF DARRIN E. ZIEMER

vs.

NORFOLK SOUTHERN RAILWAY  
COMPANY, et al.

: CIVIL ACTION

: NO. 4:16-cv-01001-MWB

### PLAINTIFF, ANGELA LYNNE MARTIN, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF HOWARD EDWARD MARTIN, JR.'S, MOTION TO CONSOLIDATE

For the reasons stated during the Status Conference with the Court and counsel for all parties, and with the consent of all parties, Plaintiff, Angela Lynne Martin, Individually and as Administratrix of the Estate of Howard Edward Martin, Jr., now moves this Honorable Court to consolidate the above-captioned matters for discovery purposes.

WHEREFORE, plaintiff respectfully requests that the above-captioned matters be consolidated for discovery.

Respectfully submitted,

**STARK & STARK, P.C.**

BY:  s/ Michael C. Ksiazek
MICHAEL C. KSIAZEK
EDWARD S. SHENSKY
777 Township Line Road
Suite 120
Yardley, PA  19067
(267) 907-9600 Phone
(267) 907-9659 Fax
mksiazek@stark-stark.com
eshensky@stark-stark.com

*Attorneys for Plaintiff, Angela Lynne Martin, Individually and as Administratrix of the Estate of Howard Edward Martin, Jr.*

DATED:  October 26, 2016