IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELA LYNNE MARTIN, | : | Case No. 4:15-CV-02034 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| NORFOLK SOUTHERN RAILWAY COMPANY, *et al.*, | : | |
| Defendants. | : | |
| SHAUNA ZIEMER, | : | Case No. 4:16-CV-01001 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| NORFOLK SOUTHERN RAILWAY COMPANY, *et al.*, | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this 27th day of October, 2016, upon consideration of Plaintiff Angela Lynne Martin's Motion to Consolidate and in accordance with the telephone status conference of this same date in which all parties expressed concurrence, IT IS HEREBY ORDERED AND DECREED THAT:

1. The above-captioned matters shall be consolidated for **purposes of discovery only**.

1

2. Defendant Griffith Company in the <u>Ziemer v. Norfolk Southern Railway Co., *et al.*</u> action will be granted leave to file a Reply Brief in support of its pending Motion to Dismiss (ECF No. 11) by November 7, 2016.

        BY THE COURT:

        <u>s/ Matthew W. Brann</u>
        Matthew W. Brann
        United States District Judge