IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELA LYNNE MARTIN, Individually and as Administratrix of the ESTATE OF HOWARD EDWARD MARTIN, JR.,<br><br>Plaintiff,<br><br>v.<br><br>NORFOLK SOUTHERN RAILWAY CO., TODD MICHAEL BUBNIS, JAMES ERNEST MOFFETT and CLINTON TOWNSHIP,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 4:15-CV-02034-MWB<br><br>**JURY TRIAL DEMANDED** |

## ORDER

AND NOW, this _____ day of _____, 2017, upon consideration of Plaintiffs' Motion for Leave to Amend the Complaint to Add EAST COAST RIGHT OF WAY MAINTENANCE, INC. as a defendant, and any response thereto, it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED.**

Plaintiffs are hereby granted leave to file an Amended Complaint adding EAST COAST RIGHT OF WAY MAINTENANCE, INC. as a defendant.

BY THE COURT:

_____, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELA LYNNE MARTIN, Individually and as Administratrix of the ESTATE OF HOWARD EDWARD MARTIN, JR., <br><br> Plaintiff, <br><br> v. <br><br> NORFOLK SOUTHERN RAILWAY CO., TODD MICHAEL BUBNIS, JAMES ERNEST MOFFETT and CLINTON TOWNSHIP, <br><br> Defendants. | CIVIL ACTION <br><br> NO. 4:15-CV-02034-MWB <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE COMPLAINT TO ADD EAST COAST RIGHT OF WAY MAINTENANCE, INC. AS A DEFENDANT

Plaintiff, ANGELA LYNNE MARTIN, Individually and as Administratrix of the ESTATE OF HOWARD EDWARD MARTIN, JR., by and through her undersigned counsel, Stark & Stark, hereby moves this Honorable Court for leave, pursuant to Fed.R.Civ.P. 15 and 20(a)(2) and L.R. 15.1, to amend her Complaint to add EAST COAST RIGHT OF WAY MAINTENANCE, INC. (herein "ECROW") as a defendant. In support thereof, plaintiff files herewith and relies on the attached supporting Brief.

4841-5407-6480, v. 1

For the reasons set forth in plaintiff's attached Brief, plaintiff respectfully requests that this Honorable Court enter an Order granting leave to file an Amended Complaint to add ECROW as a defendant.

Respectfully submitted,

STARK & STARK, P.C.

BY: _____
EDWARD S. SHENSKY
JEFFREY A. KRAWITZ
MICHAEL C. KSIAZEK
777 Township Line Road
Suite 120
Yardley, PA  19067
(267) 907-9600 Tel
(267) 907-9656 Fax
*Attorneys for Plaintiffs*

DATED: 2/10/17

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELA LYNNE MARTIN, Individually and as Administratrix of the ESTATE OF HOWARD EDWARD MARTIN, JR., | CIVIL ACTION |
| | NO. 4:15-CV-02034-MWB |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| NORFOLK SOUTHERN RAILWAY CO., TODD MICHAEL BUBNIS, JAMES ERNEST MOFFETT and CLINTON TOWNSHIP, | |
| Defendants. | |

**CERTIFICATION OF SERVICE**

I, Michael C. Ksiazek, Esquire, hereby certify that a true and correct copy of Plaintiffs' Motion for Leave to Amend the Complaint to Add East Coast Right of Way Maintenance, Inc. as a Defendant was forwarded to all counsel of record by e-filing on February 15, 2017.

STARK & STARK
A Professional Corporation

By: _____
MICHAEL C. KSIAZEK
Attorneys for Plaintiffs

4841-5407-6480, v. 1