IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAUNA ZIEMER, as Executrix of : <br> The Estate of Darrin E. Ziemer : <br> Plaintiffs : <br> : <br> v. : <br> : <br> NORFOLK SOUTHERN RAILWAY : <br> COMPANY, GRIFFITH COMPANY, : <br> CLINTON TOWNSHIP, and ESTATE : <br> Of HOWARD E. MARTIN, JR. : <br> Defendants : | CIVIL ACTION – LAW <br><br> JURY TRIAL DEMANDED <br><br> Judge Matthew W. Brann |
| ANGELA LYNNE MARTIN, Individually : <br> And as Administratrix of the ESTATE OF : <br> HOWARD EDWARD MARTIN, JR. : <br> Plaintiffs : <br> : <br> v. : <br> : <br> NORFOLK SOUTHERN RAILWAY : <br> COMPANY, TODD MICHAEL : <br> BUBNIS, JAMES ERNEST MOFFET, : <br> CLINTON TOWNSHIP and : <br> LYCOMING COUNTY : <br> Defendants : | No. 4:15-CV-02034-MWB |

**STIPULATION**

**AND NOW**, this 13th day of May, 2019, it is hereby stipulated by the parties, through their undersigned counsel, that all claims and/or cross-claims against Defendant **EAST COAST RIGHT OF WAY MAINTENANCE, INC.** are **DISMISSED** and that **EAST COAST RIGHT OF WAY MAINTENANCE, INC.** shall be removed from the captions of these consolidated

actions. It is further stipulated that **EAST COAST RIGHT OF WAY MAINTENANCE, INC.** fully performed its duties and obligations under its contract with Norfolk Southern Railway.

This agreement will be executed in counterparts and submitted to the Court for approval.

_____
JEFFREY A. KRAVITZ, ESQUIRE
Counsel for Plaintiff Angela Martin
Individually and as Administratrix
Of the Estate of Howard Martin, Jr.

_____
WILLIAM E. SCHAEFER, ESQUIRE
Counsel for Defendant East Coast Right of
Way Maintenance, Inc.

_____
J. TIMOTHY HINTON, JR., ESQUIRE
Counsel for Plaintiff Shauna Ziemer
As Executrix of the Estate of Darrin
E. Ziemer

_____
DAVID J. MACMAIN, ESQUIRE
Counsel for Defendant Clinton Township

_____
CRAIG J. STAUDENMAIER, ESQ.
Counsel for Defendant Norfolk
Southern Railway Company, James
Ernest Moffet and Todd Michael Bubnis

actions. It is further stipulated that **EAST COAST RIGHT OF WAY MAINTENANCE, INC.** fully performed its duties and obligations under its contract with Norfolk Southern Railway.

This agreement will be executed in counterparts and submitted to the Court for approval.

_____
JEFFREY A. KRAVITZ, ESQUIRE
Counsel for Plaintiff Angela Martin
Individually and as Administratrix
Of the Estate of Howard Martin, Jr.

_____
WILLIAM E. SCHAEFER, ESQUIRE
Counsel for Defendant East Coast Right of
Way Maintenance, Inc.

_____
J. TIMOTHY HINTON, JR., ESQUIRE
Counsel for Plaintiff Shauna Ziemer
As Executrix of the Estate of Darrin
E. Ziemer

_____
DAVID J. MACMAIN, ESQUIRE
Counsel for Defendant Clinton Township

_____
CRAIG J. STAUDENMAIER, ESQ.
Counsel for Defendant Norfolk
Southern Railway Company, James
Ernest Moffet and Todd Michael Bubnis