IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAUNA ZIEMER, as Executrix of The Estate of Darrin E. Ziemer | : | CIVIL ACTION – LAW |
| Plaintiffs | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | Judge Matthew W. Brann |
| NORFOLK SOUTHERN RAILWAY COMPANY, GRIFFITH COMPANY, CLINTON TOWNSHIP, and ESTATE Of HOWARD E. MARTIN, JR. | : | |
| Defendants | : | |

| | | |
|---|---|---|
| ANGELA LYNNE MARTIN, Individually And as Administratrix of the ESTATE OF HOWARD EDWARD MARTIN, JR. | : | |
| Plaintiffs | : | No. 4:15-CV-02034-MWB |
| v. | : | |
| NORFOLK SOUTHERN RAILWAY COMPANY, TODD MICHAEL BUBNIS, JAMES ERNEST MOFFET, CLINTON TOWNSHIP and LYCOMING COUNTY | : | |

## ORDER

**AND NOW**, this ___15th___ day of ___May___, 2019, upon consideration of the attached Stipulation executed among the parties agreeing to dismiss Defendant East Coast Right of Way Maintenance, Inc. from both actions, it is hereby **ORDERED** and **DECREED** that all claims and/or cross-claims against Defendant East Coast Right of Way Maintenance, Inc. are **DISMISSED** with prejudice. It is further **ORDERED** that Defendant East Coast Right of Way Maintenance, Inc. shall be removed from the captions of these consolidated actions.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge