# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAUNA ZIEMER, as Executrix of The Estate of Darrin E. Ziemer, | : | CIVIL ACTION - LAW |
| Plaintiffs, | : | |
| v. | : | Judge Matthew W. Brann |
| NORFOLK SOUTHERN RAILWAY COMPANY, GRIFFITH COMPANY, CLINTON TOWNSHIP and ESTATE OF HOWARD E. MARTIN, JR. | : | |
| | : | JURY TRIAL DEMANDED |
| Defendants. | : | |
| Angela Lynne Martin, Individually and as Administratrix of the Estate of HOWARD EDWARD MARTIN, JR., | : | No. 4:15-CV-02034-MWB |
| Plaintiffs, | : | |
| v. | : | |
| NORFOLK SOUTHERN CORPORATION d/b/a NORFOLK SOUTHERN RAILWAY COMPANY, TODD MICHAEL BUBNIS, JAMES ERNEST MOFFET, CLINTON TOWNSHIP, and LYCOMING COUNTY, | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this _____ day of _____, 2019, upon review of Defendant Clinton Township's Motion for Summary Judgment and any responses thereto, it is hereby ORDERED and DECREED that said Motion is

GRANTED and Plaintiffs' Amended Complaints in this Consolidated Action are hereby DISMISSED and judgment is entered in favor of Defendant Clinton Township.

_____
The Honorable Matthew W. Brann

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAUNA ZIEMER, as Executrix of The Estate of Darrin E. Ziemer, | : | CIVIL ACTION - LAW |
| Plaintiffs, | : | |
| v. | : | Judge Matthew W. Brann |
| NORFOLK SOUTHERN RAILWAY COMPANY, GRIFFITH COMPANY, CLINTON TOWNSHIP and ESTATE OF HOWARD E. MARTIN, JR. | : | JURY TRIAL DEMANDED |
| Defendants. | : | |
| Angela Lynne Martin, Individually and as Administratrix of the Estate of HOWARD EDWARD MARTIN, JR., | : | No. 4:15-CV-02034-MWB |
| Plaintiffs, | : | |
| v. | : | |
| NORFOLK SOUTHERN CORPORATION d/b/a NORFOLK SOUTHERN RAILWAY COMPANY, TODD MICHAEL BUBNIS, JAMES ERNEST MOFFET, CLINTON TOWNSHIP, and LYCOMING COUNTY, | : | |
| Defendants. | : | |

**DEFENDANT CLINTON TOWNSHIP'S**
<u>**MOTION FOR SUMMARY JUDGMENT**</u>

Pursuant to Federal Rule of Civil Procedure 56, Defendant Clinton Township, by and through their attorneys, The MacMain Law Group, LLC, move for summary judgment in their favor and against Plaintiffs, Shauna Ziemer, as

Executrix of the Estate of Darrin E. Ziemer, and Angela Lynne Martin, Individually and as Administratrix of the Estate of Howard Edward Martin, Jr., on all counts of their Amended Complaints in this consolidated action, on the basis of the facts and authorities set forth in the accompanying Memorandum of Law and Statement of Uncontested Facts, which are incorporated here in by reference as if set forth at length herein.

                                            Respectfully submitted,

DATE: July 1, 2019        By:  */s/ David J. MacMain*
                                        David J. MacMain (Pa. I.D. No. 59320)
                                        The MacMain Law Group, LLC
                                        433 W. Market Street, Suite 200
                                        West Chester, PA 19382
                                        (484) 318-7106
                                        *Attorneys for Defendant, Clinton Township*

## CERTIFICATE OF CONCURRENCE/NON-CONCURRENCE

I, David J. MacMain, attorney for Defendant, Clinton Township, certify that concurrence in Defendant's Motion for Summary Judgment was sought, but not obtained, from counsel for the two Plaintiffs.

DATE: <u>July 1, 2019</u>        By:   <u>*/s/ David J. MacMain*</u>
                                            David J. MacMain (Pa. I.D. No. 59320)
                                            The MacMain Law Group, LLC
                                            433 W. Market Street, Suite 200
                                            West Chester, PA 19382
                                             (484) 318-7106
                                             *Attorneys for Defendant, Clinton Township*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that this brief is in compliance with the type/volume requirements set forth in Local Rule 7.8(b)(2) as it contains 4,828 words.

DATE: July 1, 2019        By:    */s/ David J. MacMain*
                                      David J. MacMain (Pa. I.D. No. 59320)
                                      The MacMain Law Group, LLC
                                      433 W. Market Street, Suite 200
                                      West Chester, PA 19382
                                      (484) 318-7106
                                      *Attorneys for Defendant, Clinton Township*

## CERTIFICATE OF SERVICE

I, David J. MacMain, hereby certify that on this 1st day of July, 2019, the foregoing was filed electronically and is available for viewing and downloading from the ECF system of the U.S. District Court for the Middle District of Pennsylvania. The following parties received electronic service of the Notice of Electronic Case Filing:

Edward S. Shensky, Esquire
Jeffrey A. Krawitz, Esquire
Stark & Stark, P.C.
777 Township Line Rd., Suite 120
Yardley, PA 19067
*Counsel for Plaintiff*

Craig J. Staudenmaier, Esquire
Joshua D. Bonn, Esquire
Nauman, Smith, Shissler & Hall
200 N. Third St., P.O. Box 840
Harrisburg, PA 17108
*Counsel for Defendants Norfolk Southern Railway Company, James Ernest Moffet and Todd Michael Bubnis*

J. Timothy Hinton, Jr., Esquire
Michael F. Cosgrove, Esquire
Haggerty Hinton & Cosgrove LLP
Scranton, PA 18503
*Counsel for Ziemer Estate*

**THE MACMAIN LAW GROUP, LLC**

/s/ *David J. MacMain*
David J. MacMain, Esquire