## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAUNA ZIEMER, as Executrix of The Estate of DARRIN E. ZIEMER <br>     Plaintiff <br><br> vs. <br><br> NORFOLK SOUTHERN RAILWAY COMPANY, et al. <br>     Defendants. | CIVIL ACTION - LAW <br><br> JURY TRIAL DEMANDED |
| ANGELA LYNN MARTIN, Individually and as Administratrix of the Estate of HOWARD MARTIN, JR. <br>     Plaintiff <br><br> vs. <br><br> NORFOLK SOUTHERN RAILWAY COMPANY, et al. <br>     Defendants. | No. 4:15-CV-02034 <br> Judge Matthew W. Brann |

## STIPULATION OF DISMISSAL

It is hereby STIPULATED and AGREED, by and between all parties, by and through their undersigned counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims filed by Plaintiff Shauna Ziemer, as Executrix of the Estate of Darrin E. Ziemer (referred to herein as "Ziemer") and any cross claims filed against Ziemer shall be dismissed with prejudice. Each side to bear their own costs.

/s/J. Timothy Hinton, Jr., Esq
J. Timothy Hinton, Jr., Esq.
Haggerty Hinton & Cosgrove LLP
203 Franklin Avenue
Scranton, PA 18503
(570) 344-9845
timhinton@haggertylaw.net
Attorneys for Plaintiff,
Shauna Ziemer, as Executrix of the
Estate of Darrin E. Ziemer

/s/Jeffrey A. Krawitz, Esq.
Jeffrey A. Krawitz, Esq.
jkrawitz@stark-stark.com
/s/Edward S. Shensky, Esq.
Edward S. Shensky, Esq.
eshensy@stark-stark.com
*Attorneys for Angela Martin
Individually and as Administratrix of
the Estate of Howard Martin, Jr.*

/s/David J. MacMain, Esq.
David J. MacMain, Esq.
The MacMain Law Group LLC
101 Lindenwood Drive Suite 160
Malvern, PA 19355
dmacmain@macmainlaw.com
*Attorneys for Clinton Township*

/s/Craig J. Staudenmaier, Esq.
Craig J. Staudenmaier, Esq.
cjstaud@nssh.com
Nauman, Smith, Shissler & Hall, LLP
PO Box 840
200 North 3rd Street
Harrisburg, PA 19108
*Attorneys for Norfolk Southern
Railway Company*

## **CERTIFICATE OF SERVICE**

I, J. Timothy Hinton, Jr., Esq., hereby certify that I served a true and correct copy of foregoing will be served via the Electronic Case Filing system, on this 5th day of February 2020, upon the following:

David J. MacMain, Esq.
dmacmain@macmainlaw.com
*Attorneys for Clinton Township*

Craig J. Staudenmaier, Esq.
cjstaud@nssh.com
*Attorneys for Norfolk Southern Railway Company*

Jeffrey A. Krawitz, Esq.
jkrawitz@stark-stark.com
Edward S. Shensky, Esq.
eshensy@stark-stark.com
*Attorneys for Angela Martin Individually
and as Administratrix of the Estate of Howard Martin, Jr.*

RESPECTFULLY SUBMITTED,
HAGGERTY HINTON & COSGROVE LLP

/s/J.Timothy Hinton, Jr.
J. Timothy Hinton, Jr., Esq.
Haggerty Hinton & Cosgrove LLP
timhinton@haggertylaw.net
Attorneys for Plaintiff,
Shauna Ziemer, as Executrix of the
Estate of Darrin E. Ziemer