# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELA LYNNE MARTIN, Individually and as Administratrix of the Estate of HOWARD EDWARD MARTIN, JR., | No. 4:15-CV-02034 |
| | (Judge Brann) |
| Plaintiffs, | |
| v. | |
| NORFOLK SOUTHERN RAILWAY COMPANY, TODD MICHAEL BUBNIS, JAMES ERNEST MOFFET, CLINTON TOWNSHIP and LYCOMING COUNTY, | |
| Defendants. | |
| _____ | |
| SHAUNA ZIEMER, as Executrix of the Estate of DARRIN E. ZIEMER, | |
| Plaintiffs, | |
| v. | |
| NORFOLK SOUTHERN RAILWAY COMPANY, GRIFFITH COMPANY, CLINTON TOWNSHIP, and Estate of HOWARD E. MARTIN, JR., | |
| Defendants. | |

## **ORDER**

**AND NOW**, this 26th day of March 2020, in light of the Stipulation of Dismissal, ECF No. 99, **IT IS HEREBY ORDERED** that all claims filed by Plaintiff Shauna Ziemer, as Executrix of the Estate of Darrin E. Ziemer and any

cross claims filed against Shauna Ziemer, as Executrix of the Estate of Darrin E. Ziemer are dismissed with prejudice.  Each side to bear their own costs.

**IT IS FURTHER ORDERED** that the caption is amended as follows:

| | |
|---|---|
| ANGELA LYNNE MARTIN, Individually and as Administratrix of the Estate of HOWARD EDWARD MARTIN, JR., | No. 4:15-CV-02034 |
| | (Judge Brann) |
| Plaintiff, | |
| v. | |
| NORFOLK SOUTHERN RAILWAY COMPANY, TODD MICHAEL BUBNIS, JAMES ERNEST MOFFET, and CLINTON TOWNSHIP, | |
| Defendants. | |

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge